

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/23/2020__

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, Third Floor*
*New York, New York 10007*

December 22, 2020

**By ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    *Dixon v. United States*, 20 Civ. 8891 (AT)

Dear Judge Torres:

     This Office represents the United States ("the Government"), defendant in the above-referenced Federal Tort Claims Act action. We write respectfully, on behalf of both parties, to jointly request that the Court adjourn the initial pretrial conference, scheduled for 11:40 a.m. on January 4, 2021 (ECF No. 6), until sometime after the Government's response to the complaint is due on January 19, 2021, with an associated extension of time to file the pre-conference submission (currently due on December 23, 2020).

     The reason for the request is that the undersigned counsel was only recently assigned to the action and has not yet received information about the matter that will allow the Government to decide whether to answer rather than to file a motion with respect to the complaint and how much time will be needed to complete discovery. Further, the parties consent to proceed for all purposes before the assigned Magistrate Judge and have emailed today a completed consent form to the Orders and Judgments Clerk. *See* ECF No. 5. Therefore, we anticipate that the initial conference would likely occur before the assigned Magistrate Judge, rather than before Your Honor.

     This is the parties' first request for an adjournment of the initial conference.

GRANTED.  The conference scheduled for January
4, 2021, along with its accompanying pre-conference
submissions deadline, is ADJOURNED *sine die*.

SO ORDERED.

Dated: December 23, 2020
     New York, New York

                  Respectfully submitted,

                  AUDREY STRAUSS
                  Acting United States Attorney
                  Southern District of New York

By:    /s/ Allison M. Rovner
         ALLISON M. ROVNER
         Assistant United States Attorney
         Tel.: (212) 637-2691
         Fax: (212) 637-2750
         E-mail: allison.rovner@usdoj.gov

_____
ANALISA TORRES
United States District Judge